# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 463 WAL 2014
:
          Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
      v. :
:
:
:
JEROME REGIS KIRSCH, JR., :
:
          Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of January, 2015, the Petition for Allowance of Appeal is **DENIED**.